UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SENIOR SOLUTIONS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> RUSSSELL, <br><br>     Defendant. | Case No. 17-cv-04037-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to In re: Stanton Curtis Lawson and Gabriella Ambrosi, Case No. 17-cv-3832-JSW.

**IT IS SO ORDERED.**

Dated: January 5, 2018

JON S. TIGAR
United States District Judge